# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
|  | ) Case No. 6:20-PO-00722 HBK |
| RUDY HERNANDEZ | ) |
|  | ) |
| *Defendant* | ) Citations 9293021 and 9293022 |

### ORDER TO PAY
### AND PLACEMENT ON UNSUPERVISED PROBATION
### WITH CONDITIONS
### **JUDGMENT DEFERRED**

The defendant having admitted guilt to two offenses under 36 CFR § 2.35(b)(2),

**IT IS ORDERED:** The defendant is placed on unsupervised probation for a period of 12 months without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order and the following conditions found on page two:
1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.


Date:  May 5, 2021                                         /s/ Helena Barch-Kuchta
                                                          **HELENA BARCH-KUCHTA**
                                                          *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall pay a $1120.00 fine, a $60.00 processing fee and a special assessment of $20.00 for a total financial obligation of $1200.00, which shall be paid in full by 3/05/2022. Payment shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU
    PO BOX 780549
    San Antonio, TX 78278
    1-800-827-2982-or-
    Pay online at www.cvb.uscourts.gov and click on "Pay On-Line"

2. The defendant is ordered to personally appear for a Probation Review Hearings on **October 5, 2021** and **April 12, 2021** both at 10:00 am in Yosemite before U.S. Magistrate Helena Barch-Kuchta.

3. Two weeks before each Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" located on the undersigned's chamber's page. If defendant is in full compliance with the terms of probation and the government agrees, defendant may move to vacate the Review Hearing. Prior to the final Review Hearing, if defendant is in compliance and the government agrees, defendant may move to vacate the final Review Hearing and terminate probation.

4. The defendant shall abstain from the use or possession of any controlled substances unless prescribed for defendant's use by a California licensed medical doctor.

5. The defendant shall report to the US Marshals or Yosemite Jail for post arraignment booking and processing.